MORRIS KLEINMAN et al., Copartners Doing Business under the Name of K & D MEAT MARKET, Respondents, v. HARRY SHAPIRO et al., Appellants.—

No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

RUDOLPH SCHRAUD, Appellant, v. POIRIER & McLANE CORP., Respondent.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

GIOVANNI BUITONI et al., Appellants, v. FRANCIS E. ELVINGER, Respondent. — No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

BRUNSWICK REALTY COMPANY, Appellant, v. VERONA UNDERGARMENT CO., INC., et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

SOPHIE MATTES, Respondent, v. STELROSE FASHIONS, INC., Appellant.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of 99 WORTH STREET CORPORATION, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [335–337 Broadway (99 Worth St.), Borough of Manhattan.] — Upon the record before this court the values fixed by the court at Special Term should be increased as set forth herein. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.